Daniel A. Lev (CA Bar No. 129622)
  daniel.lev@gmlaw.com
Asa S. Hami (CA Bar No. 210728)
  asa.hami@gmlaw.com
**Greenspoon Marder LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Plaintiff, Larry D. Simons, Chapter 7 Trustee

**FILED & ENTERED**

**JAN 21 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BETTER NUTRITIONALS, LLC,<br><br>      Debtor. | Case No. 6:22-bk-14723-MH<br><br>Chapter 7<br><br>Adv. No. 6:24-ap-01112-MH<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR (1) AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS, (2) PRESERVATION OF PREFERENTIAL TRANSFERS, AND (3) DISALLOWANCE OF CLAIMS**<br><br>**STATUS CONFERENCE:**<br><br>DATE:  February 19, 2025<br>TIME:  2:00 p.m.<br>PLACE: Courtroom "301"<br><br>**[RELATES TO DOCKET NO. 6]** |
| LARRY D. SIMONS, solely in his capacity as chapter 7 trustee,<br><br>      Plaintiff,<br><br>     vs.<br><br>LYCORED CORPORATION, a Delaware corporation,<br><br>      Defendant. | |

DAL 59509735v1

The Court, having considered the "Stipulation for Extension of Time to Respond to Complaint for (1) Avoidance and Recovery of Preferential Transfers, (2) Preservation of Preferential Transfers, and (3) Disallowance of Claims" (the "Stipulation"), filed by plaintiff Larry D. Simons (the "Trustee" or "Plaintiff"), the duly appointed, qualified, and acting chapter 7 trustee for the estate of the debtor Better Nutritionals, LLC (the "Debtor"), on the one hand, and defendant Lycored Corporation, a Delaware corporation (the "Defendant"), on the other hand, and for good cause appearing therefor,

**IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Stipulation is approved.

2. The deadline for the filing and service of Defendant's written response to the complaint filed in the above-captioned adversary proceeding shall be extended from January 21, 2025, to and including February 20, 2025, subject to further extensions for cause shown.

3. The parties shall comply with Local Bankruptcy Rule 7016-1 and Local Bankruptcy Rule 7026-1 prior to the scheduled status conference.

###

Date: January 21, 2025

Mark Houle
United States Bankruptcy Judge

Greenspoon Marder LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL. 213.626.2311 • FAX 954.771.9264